UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM NO. 3:06cr137 (VLB) |
| VS. | |
| RONALD E. FERGUSON<br>CHRISTOPHER P. GARAND<br>ROBERT D. GRAHAM<br>CHRISTIAN M. MILTON and<br>ELIZABETH MONRAD | AUGUST 20 ,2012 |

DEFENDANT ELIZABETH A. MONRAD'S
MOTION FOR RETURN OF PASSPORT

Defendant Elizabeth Monrad, through her undersigned counsel, respectfully moves for an order permitting the return of Ms. Monrad's passport. In support of this motion, Ms. Monrad states as follows:

1. In the May 16, 2006 Order Setting Conditions of Release, Ms. Monrad was directed to surrender her passport.

2. Ms. Monrad surrendered her passport to the Court on April 9, 2007.

3. On June 22, 2012, Ms. Monrad entered into a Deferred Prosecution Agreement with the Government.

4. On June 25, 2012, the Court accepted the parties' Deferred Prosecution Agreements, and entered a Deferred Prosecution Order.

5. On August 15, 2012, counsel for Ms. Monrad spoke with Assistant United States Attorney Eric Glover, who indicated that the Government consents to the return of Ms. Monrad's passport on the condition that the undersigned counsel maintain possession of the passport when it is not being used for travel or being submitted to the Department of State as part of an application for a new

passport.  Ms. Monrad has no objection to this condition and will adhere to it.

6.      In accordance with the Deferred Prosecution Order, Ms. Monrad will give notice to her Pretrial Services Officer before traveling outside the United States.

WHEREFORE, Elizabeth A. Monrad respectfully requests that the Court enter an order permitting the return of his passport.

                                            ELIZABETH A. MONRAD

                                            Respectfully submitted,

                                            By */s/ Jonathan J. Einhorn*
                                            Reid H. Weingarten phv 01200
                                            Erik L. Kitchen ct 22476
                                            Bruce C. Bishop phv 02137
                                            Steptoe & Johnson LLP
                                            1330 Connecticut Avenue, N.W.
                                            Washington, D.C.  20036-1795
                                            (202) 429-3000
                                            Email:  bbishop@steptoe.com

                                            Jonathan J. Einhorn (Bar No. ct 00163)
                                            129 Whitney Avenue
                                            New Haven, CT 06510
                                            (203) 777-3777
                                            Email:  einhornlawoffice@gmail.com

                                            Counsel for Defendant Elizabeth A. Monrad

**CERTIFICATION**

I hereby certify that on this 20TH day of August, 2012 a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Courts CM/ECF System.

/s/ Jonathan J. Einhorn
JONATHAN J. EINHORN